UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| UMAR ALLI, | : | |
| | : | |
| Plaintiff, | : | No.: 11 Civ. 4047 (AJP) |
| | : | |
| -against- | : | |
| | : | |
| CITY OF NEW YORK, et al., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------ x

**NOTICE OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR BAD ACTS, PRIOR CRIMINAL HISTORY, AND OTHER IRRELEVANT AND UNDULY PREJUDICIAL INFORMATION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of this motion, dated March 29, 2012, Plaintiff Umar Alli, by and through his counsel, will move this Court, before the Honorable Andrew J. Peck, United States Magistrate Judge, United States District Court, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20D, New York City, at a date and time to be set by the Court, to limit the introduction of certain irrelevant and prejudicial evidence at trial.

Dated: March 29, 2012

        Respectfully submitted,

        VINSON & ELKINS L.L.P.

By: /s/ Michael V. Rella
     Michael V. Rella
     666 Fifth Avenue, 26th Floor
     New York, New York 10103
     Tel: (212) 237-0000
     Fax: (212) 237-0100
     mrella@velaw.com

     *Pro Bono Counsel for Plaintiff*
     *Umar Alli*